# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00621-CR

**Charles St. Claire VI, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY
### NO. 741491, HONORABLE NANCY WRIGHT HOHENGARTEN, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Charles St. Claire VI seeks to appeal from a judgment of conviction for driving while intoxicated. The trial court has certified that this is a plea bargain case and St. Claire has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See id*. rule 25.2(d).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed: October 24, 2006

Do Not Publish